IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHY LAU, ADMINISTRATOR OF THE ESTATE OF JONATHAN LAU, | : : : | No.  24-cv-6352-JMY |
| v. | : : | |
| CITY OF PHILADELPHIA, *et al.* | : : | |

## SCHEDULING ORDER

**AND NOW**, this  4th  day of February, 2025, upon consideration of the parties' Joint Report of Rule 26(f) Meeting (ECF No. 9), and the representations made by counsel at the Rule 16 conference held on this date, it is **ORDERED** as follows:

1. The parties shall comply with the following deadlines:

    a. All fact discovery shall be completed by **Wednesday, June 4, 2025.**

    b. The parties shall produce their expert report(s) by **Wednesday, June 18, 2025**; rebuttal expert report(s) shall be produced by **Wednesday, July 2, 2025;** all expert discovery, including all depositions of expert witnesses, shall be completed by **Wednesday, July 16, 2025**.

    c. All motions for summary judgment and *Daubert* motions shall be filed no later than **Monday, August 18, 2025**.  Responses to such motions shall be filed no later than **Thursday, September 18, 2025.**

2. This case is referred to United States Magistrate Judge Carol Sandra Moore-Wells for settlement purposes.  Judge Moore-Wells will contact counsel to initiate the settlement process.  As a general rule, the Court will not extend or stay the foregoing case management deadlines pending the conduct of settlement discussions.

3. A Final Pretrial Conference will be held on **Thursday, December 18, 2025 @ 11:00 A.M.** Counsel shall appear by remote video and will be notified by Chamber via email with instruction on how to participate remotely. No later than **seven (7) days before the Final Pretrial Conference**, the parties shall file their Pretrial Memoranda in accordance with Local Rule of Civil Procedure 16.1(c) and Judge Younge's Policies and Procedures. A trial date, and deadlines for other pretrial submissions (such as exhibits, jointly proposed *voir dire* and jury instructions, and motions *in limine*), will be set by the Court at, or shortly after, the Final Pretrial Conference.

4. Counsel are referred to Judge Younge's operating procedures for further information: http://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge

**IT IS SO ORDERED.**

BY THE COURT:

 /s/ *John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**