**From:** Lauren Wimmer <Lauren@LAWimmer.com>
**Sent:** Wednesday, March 18, 2026 6:07 PM
**To:** Chambers of Judge John Milton Younge <Chambers_Younge@paed.uscourts.gov>
**Cc:** zeiger_levinzeiger.com <zeiger@levinzeiger.com>; derek.kane@phila.gov; tgregory@okllp.com
**Subject:** Re: Lau v. City of Philadelphia, 2:24-cv-06352-JMY

<mark>CAUTION - EXTERNAL:</mark>

Good evening,

This matter is settled. Our client had surgery and was in the hospital, then could not find identification to have the relevant documents notarized. She was recently released. I anticipate having this resolved no later than this Friday.

Respectfully,

**Lauren A. Wimmer, Esq.**
123 S Broad St, Ste 2037
Philadelphia, PA 19109
Phone: (215) 712-1212
Cell: (215) 712-8202
Fax: (215) 814-8919
www.wimmercriminaldefense.com